**DISMISS and Opinion Filed March 1, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-01240-CV

## HILTON WORLDWIDE HOLDINGS INC., HILTON MANAGEMENT, LLC, AND HILTON DOMESTIC OPERATING COMPANY INC.,
**Appellants**
**V.**
## DAVID SILBER, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-03449-E**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Smith
Opinion by Justice Smith

Before the Court is appellants' motion to dismiss the appeal based on settlement. *See* TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal. *See id.*

/Craig Smith/
CRAIG SMITH
JUSTICE

231240F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HILTON WORLDWIDE
HOLDINGS INC., HILTON
MANAGEMENT, LLC, AND
HILTON DOMESTIC OPERATING
COMPANY INC., Appellants

No. 05-23-01240-CV          V.

DAVID SILBER, Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-22-03449-
E.
Opinion delivered by Justice Smith,
Justices Partida-Kipness and Nowell
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered March 1, 2024.

–2–